IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANKLIN LYNCH,

    Petitioner,

    v.

KEVIN CHAPPELL, et al.,

    Respondent.

          /

No. C 14-0048 WHA (PR)

**ORDER OF DISMISSAL; INSTRUCTIONS TO CLERK**

    This case was opened when the clerk received a petition for a writ of habeas corpus pursuant to 28 U.S.C. 2241 from petitioner, a California prisoner proceeding pro se. Petitioner wrote a letter indicating that he intended the petition to be filed in his earlier-filed case, No. C 13-5629 DMR (PR) (dkt. 4). This case, having been opened in error, is **DISMISSED** and no fee is due. The clerk shall file the petition in this case (dkt. 1) in case number C 13-5629 DMR (PR), enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: February __6__, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE